## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Lamon Gates, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 C 4214 |
| | ) | |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| A/W of Operation Nicholson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

***

| | | |
|---|---|---|
| Lamon Gates, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 C 4215 |
| | ) | |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| A/W of Operation Nicholson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The Court on its own motion administratively closes Case No. 15 C 4215 as duplicative of Case No. 14 C 4214. Under Case No. 15 C 4214, Plaintiff is directed to submit a consolidated/amended complaint setting forth all claims relating to his confinement at the Stateville Northern Reception and Classification Center. Failure to amend within 28 days of the date of this order will result in denial of leave to proceed *in forma pauperis* and summary dismissal of Case No. 15 C 4214 as well. The Court directs the Clerk to provide Plaintiff with an amended civil rights complaint form, instructions, and a blank USM-285 form along with a copy of this order.

## STATEMENT

Plaintiff Lamon Gates, a former Illinois state prisoner, has filed two separate *pro se* civil rights actions pursuant to 42 U.S.C. § 1983. In both lawsuits, Gates sues an Assistant Warden Nicholson in relation to his confinement in Stateville's Northern Reception and Classification Center, beginning at 8:30 a.m. on November 14, 2014. Gates maintains that various deprivations and hardships there constituted cruel and unusual punishment.

Under Fed. R. Civ. P. 42, "If actions before the court involve a common question of law or fact, the court may: * * * (2) consolidate the actions[.]" The two complaints involve common questions of fact, as they both arise from Plaintiff's confinement in Stateville's Northern Reception and Classification Center, beginning at 8:30 a.m. on November 14, 2014. The Court discerns no good reason for pursuing two separate lawsuits. Accordingly, the Court consolidates the two actions under Rule 42. Gates should submit a single, consolidated/amended complaint under Case No. 15 C 4214. The consolidated/amended complaint should set forth any and all claims Gates may have against Defendant Nicholson arising from Gates' detention at Stateville NRC.

For the foregoing reasons, the Court on its own motion administratively closes Case No. 15 C 4215 and directs Gates to submit a consolidated/amended complaint under Case No. 15 C 4214 raising any and all claims against Defendant Nicholson. Failure to submit a consolidated/amended complaint within thirty days of the date of this order will result in denial of leave to proceed *in forma pauperis* and summary dismissal of Case No. 14 C 4214 as well, on the understanding that Gates does not wish to pursue his claims.

Dated: June 3, 2015

_____
Robert M. Dow, Jr.
United States District Judge